Relates to Docket Nos. 192 & 197
Adj. Hearing Date: March 16, 2016, at 10:00 a.m.
Obj. Deadline: March 9, 2016, at 4:00 p.m.

**McCARTER & ENGLISH, LLP**
Joseph Lubertazzi, Jr., Esq.
Matthew B. Heimann, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444 (Telephone)
(973) 624-7070 (Facsimile)

*Counsel to TD Bank, N.A., Plan Proponent*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CONGREGATION BIRCHOS YOSEF, | Case No. 15-22254 (RDD) |
| Debtor. | |

**NOTICE OF ADJOURNMENT OF (A) HEARING TO CONSIDER
CONFIRMATION OF CREDITOR'S SECOND AMENDED CHAPTER 11 PLAN
OF REORGANIZATION FOR CONGREGATION BIRCHOS YOSEF, PROPOSED
BY TD BANK, N.A., AND (B) DATE BY WHICH TO SUBMIT OBJECTIONS**

**PLEASE TAKE NOTICE** that on December 4, 2015, TD Bank, N.A., through its counsel, McCarter & English, LLP, filed with the Bankruptcy Court the *Creditor's Second Amended Chapter 11 Plan of Reorganization for Congregation Birchos Yosef, Proposed by TD Bank, N.A.* [Docket No. 192] (the "Plan"). The hearing to consider confirmation of the Plan (the "Hearing") was previously scheduled for January 6, 2016, at 10:00 a.m. [Docket No. 197].

ME1 21727587v.1

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, as directed by the Bankruptcy Court, the Hearing has been adjourned to **March 16, 2016,** at **10:00 a.m. (prevailing Eastern Time)**, with an objection deadline of **March 9, 2016,** at **4:00 p.m. (prevailing Eastern Time)**.

Dated: December 29, 2015

**McCARTER & ENGLISH, LLP**

By: */s/ Joseph Lubertazzi, Jr.*
    Joseph Lubertazzi, Jr., Esq.
    Matthew B. Heimann, Esq.
    Four Gateway Center
    100 Mulberry Street
    Newark, New Jersey 07102

*Counsel to TD Bank, N.A., Plan Proponent*