Adj. Hearing Date: March 24, 2016 at 10:00 a.m.
Obj. Deadline: March 17, 2016 at 4:00 p.m.

Relates to Docket Nos. 192 & 207

**McCARTER & ENGLISH, LLP**
Joseph Lubertazzi, Jr., Esq.
Matthew B. Heimann, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444 (Telephone)
(973) 624-7070 (Facsimile)

*Counsel to TD Bank, N.A., Plan Proponent*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CONGREGATION BIRCHOS YOSEF, | Case No. 15-22254 (RDD) |
| Debtor. | |

**NOTICE OF ADJOURNMENT OF (A) HEARING TO CONSIDER
CONFIRMATION OF CREDITOR'S SECOND AMENDED CHAPTER 11 PLAN
OF REORGANIZATION FOR CONGREGATION BIRCHOS YOSEF, PROPOSED
BY TD BANK, N.A., AND (B) DATE BY WHICH TO SUBMIT OBJECTIONS**

**PLEASE TAKE NOTICE** that on December 4, 2015, TD Bank, N.A., through its counsel, McCarter & English, LLP, filed with the Bankruptcy Court the *Creditor's Second Amended Chapter 11 Plan of Reorganization for Congregation Birchos Yosef, Proposed by TD Bank, N.A.* [Docket No. 192] (the "Plan"). The hearing to consider confirmation of the Plan (the "Hearing") was previously adjourned and scheduled for March 16, 2016 at 10:00 a.m. [Docket No. 207].

- 2 -

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned to **March 24, 2016** at **10:00 a.m. (prevailing Eastern Time)**, with an objection deadline of **March 17, 2016** at **4:00 p.m. (prevailing Eastern Time)**.

Dated: January 7, 2016                              **McCARTER & ENGLISH, LLP**

By: */s/ Joseph Lubertazzi, Jr.*
　　Joseph Lubertazzi, Jr., Esq.
　　Matthew B. Heimann, Esq.
　　Four Gateway Center
　　100 Mulberry Street
　　Newark, New Jersey 07102

　　*Counsel to TD Bank, N.A., Plan Proponent*