HEARING DATE AND TIME: June 7, 2016 at 9:30

Michael Levine, Esq.
**LEVINE & ASSOCIATES, P.C.**
*Special Litigation Counsel to the Debtor*
15 Barclay Road
Scarsdale, NY 10583

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
In re:
                              :     **Chapter 11**

**CONGREGATION BIRCHOS YOSEF,**     **Case No. 15-22254**
                              :
           Debtor.
------------------------------------X

**NOTICE OF ADJOURNED HEARING TO
DETERMINE THE AMOUNT OF ACTUAL AND, IF WARRANTED,
PUNITIVE DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY
BY CONTEMNORS BAIS CHINUCH L'BONOIS, INC., ABRAHAM
SCHWARTZ, YECHIEL YOEL LAUFER AND YISROEL DAVID ROTTENBERG**

    **PLEASE TAKE NOTICE** that, pursuant to the Court's Order Granting Debtor's Motion to Enforce Automatic Stay, entered on July 2, 2015 (Docket No. 81), an evidentiary hearing to consider (a) whether the imposition of punitive damages is warranted and (b) the amount of actual and, if warranted, punitive damages for the violation of the automatic stay by Bais Chinuch L'Bonois, Inc., Abraham Schwartz, Yechiel Yoel Laufer and Yisroel David Rottenberg, previously scheduled for March 15, 2016, has been adjourned by the Court and will now commence on June 7, 2016 at 9:30 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Court"), 300 Quarropas Street, White Plains, New York 10601. The

hearing may be continued from time to time by announcing such continuance in open Court or otherwise, all without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that, at least five (5) business days before such hearing, (a) each interested party shall file and serve, with a copy to chambers, (i) a declaration in lieu of direct testimony of all of its intended witnesses who are under its control, and such witnesses shall be present at the hearing for cross examination and re-direct, and (ii) a list of any witnesses it intends to call who are not under its control, and (b) each interested party, having used their good faith efforts to agree on the admissibility of as many proposed exhibits as possible, shall provide chambers with a joint exhibit binder of the exhibits that they intend to seek to have admitted into evidence.

Dated: February 19, 2016

        LEVINE & ASSOCIATES, P.C.

        By: _____
            Michael Levine

        15 Barclay Road
        Scarsdale, NY  10583
        Telephone (914) 600-4288
        Facsimile (914) 725-4778
        Cell Phone (917) 855-6453
        e-mail: ml@LevLaw.org

        *Special Litigation Counsel for Debtor*