**Hearing Date and Time: 06/17/16 at 10:00 a.m.**

LEWIS LAW PLLC
220 White Plains Road
Tarrytown, NY 10591
(914) 761-8400
klewis@lewispllc.com
Kenneth M. Lewis

CATANIA, MAHON, MILLIGRAM &
 RIDER, PLLC
1 Corwin Court
P.O. Box 1479
Newburgh, NY 12550
(845) 565-1100
mahon@cmmrlegal.com
Richard M. Mahon, II

Attorneys for Yeshiva Ohr Torah

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                    Chapter 11

CONGREGATION BIRCHOS YOSEF,                   Case No. 15-22254 (RDD)

                            Debtor.
---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF (i) OBJECTION OF YESHIVA OHR TORAH
TO UNIFIED AND MODIFIED SECOND AMENDED CHAPTER 11 PLAN OF
REORGANIZATION, PROPOSED BY CONGREGATION BIRCHOS YOSEF
AND TD BANK, N.A. AS CO-PROPONENTS; AND (ii) AMENDED
OBJECTION OF YESHIVA OHR TORAH TO UNIFIED AND
MODIFIED SECOND AMENDED CHAPTER 11 PLAN OF
REORGANIZATION, PROPOSED BY CONGREGATION
BIRCHOS YOSEF AND TD BANK, N.A. AS CO-PROPONENTS**

PLEASE TAKE NOTICE that Yeshiva Ohr Torah hereby withdraws, without prejudice, its (i) Objection of Yeshiva Ohr Torah to Unified and Modified Second Amended Chapter 11 Plan of Reorganization, Proposed by Congregation Birchos Yosef and TD Bank, N.A., as Co-Proponents (Document No. 279); and (ii) Amended

Objection of Yeshiva Ohr Torah to Unified and Modified Second Amended Chapter 11 Plan of Reorganization, Proposed by Congregation Birchos Yosef and TD Bank, N.A., as Co-Proponents (Document No. 281).

Dated: Tarrytown, New York
June 13, 2016

        LEWIS LAW PLLC

        By: /s/ Kenneth M. Lewis
           Kenneth M. Lewis

        220 White Plains Road
        Tarrytown, NY 10591
        (914) 761-8400
        klewis@lewispllc.com

        CATANIA, MAHON, MILLIGRAM &
         RIDER, PLLC
        Richard M. Mahon, II
        1 Corwin Court
        P.O. Box 1479
        Newburgh, NY 12550
        (845) 565-1100
        mahon@cmmrlegal.com

        Attorneys for Yeshiva Ohr Torah