**McCARTER & ENGLISH, LLP**
Joseph Lubertazzi, Jr., Esq.
Matthew B. Heimann, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444 (Telephone)
(973) 624-7070 (Facsimile)

*Counsel to TD Bank, N.A.,*
*Secured Creditor and Co-Proponent*

**Hearing Date: August 4, 2016 at 10:00 a.m.**
**Response Deadline: July 28, 2016 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CONGREGATION BIRCHOS YOSEF,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-22254 (RDD) |

**NOTICE OF HEARING TO CONSIDER APPLICATION OF**
**TD BANK, N.A. FOR THE ALLOWANCE AND PAYMENT OF INCURRED**
**FEES, COSTS AND CHARGES, PURSUANT TO 11 U.S.C. §§503(b) AND 506(b)**
**AND THE CONFIRMED UNIFIED PLAN**

**PLEASE TAKE NOTICE** that a hearing to consider the *Application of TD Bank, N.A. for the Allowance and Payment of Incurred Fees, Costs and Charges, Pursuant to 11 U.S.C. §§503(B) and 506(B) and the Confirmed Unified Plan* (the "Application") shall be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10461, on **August 4, 2016 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application are available through PACER at a cost, www.pacer.gov, or upon written request to counsel for TD Bank.

ME1 22798380v.1

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief sought in the Application must (i) be made in writing, with a hard copy to Chambers, (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, (iii) set forth the basis for the response and the specific grounds therefor and (iv) be filed with the Bankruptcy Court and served on: (a) counsel to TD Bank, N.A., McCarter & English, LLP, Attn: Joseph Lubertazzi, Jr., Esq., Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102, and (b) the Office of the United States Trustee, Attn: Susan D. Golden, Esq, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, no later than **July 28, 2016 at 4:00 p.m. (prevailing Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those responses that are timely filed, served and actually received by the Response Deadline will be considered at the hearing. Responses not timely filed and served in accordance with the provisions of this Notice will not be heard and will be overruled.

Dated: July 1, 2016  
       Newark, New Jersey

**McCARTER & ENGLISH, LLP**

By: */s/ Joseph Lubertazzi, Jr.*  
    Joseph Lubertazzi, Jr., Esq.  
    Matthew B. Heimann, Esq.  
    Four Gateway Center  
    100 Mulberry Street  
    Newark, New Jersey 07102

    *Counsel to TD Bank, N.A.*  
    *Secured Creditor and Co-Proponent*