**Hearing Date and Time: 08/04/16 at 10:00 a.m.**
**Response Deadline: 07/28/16**

LEWIS LAW PLLC
220 White Plains Road
Tarrytown, NY 10591
(914) 761-8400
klewis@lewispllc.com
Kenneth M. Lewis

CATANIA, MAHON, MILLIGRAM &
 RIDER, PLLC
1 Corwin Court
P.O. Box 1479
Newburgh, NY 12550
(845) 565-1100
mahon@cmmrlegal.com
Richard M. Mahon, II

Attorneys for Yeshiva Ohr Torah

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                    Chapter 11

CONGREGATION BIRCHOS YOSEF,             Case No. 15-22254 (RDD)

                          Debtor.
---------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION FOR AN
ORDER AUTHORIZING ALLOWANCE AND DIRECTING PAYMENT
OF YESHIVA OHR TORAH'S ADMINISTRATIVE EXPENSE CLAIM**

PLEASE TAKE NOTICE that the hearing on the Motion For an Order

Authorizing Allowance and Directing Payment of Yeshiva Ohr Torah's Administrative Expense

Claim (Document No. 283), which was scheduled for July 11, 2016, before the Honorable

Robert D. Drain, United States Bankruptcy Judge, The Hon. Charles L. Brieant Jr. Federal

Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601-4140, in Courtroom

118, has been adjourned by the Court to August 4, 2016, at 10:00 a.m.

Dated:  Tarrytown, New York
        July 6, 2016

                                 LEWIS LAW PLLC

                                 By: /s/ Kenneth M. Lewis
                                     Kenneth M. Lewis

                                 220 White Plains Road
                                 Tarrytown, NY 10591
                                 (914) 761-8400
                                 klewis@lewispllc.com

                                 CATANIA, MAHON, MILLIGRAM &
                                  RIDER, PLLC
                                 Richard M. Mahon, II
                                 1 Corwin Court
                                 P.O. Box 1479
                                 Newburgh, NY 12550
                                 (845) 565-1100
                                 mahon@cmmrlegal.com

                                 Attorneys for Yeshiva Ohr Torah